JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 ✦ Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JENNY LEVINSON and ROBERT LEVINSON,

Plaintiffs,

vs.

FARMERS INSURANCE EXCHANGE, a foreign corporation; FARMERS PROPERTY & CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I-X inclusive; and ROE CORPORATIONS I-V, inclusive,

Defendants,

Case No. 2:26-cv-00493–GMN-EJY

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**FIRST REQUEST**

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Jenny Levinson and Robert Levinson (collectively, "Plaintiffs") and Defendants Farmers Insurance Exchange and Farmers Property and Casualty Insurance Company (collectively, "Defendants"), by and through their respective counsel of record, that the remaining discovery deadlines be extended as set forth below. This request is made pursuant to LR IA 6-1 and LR 26-3 and is supported by good cause. The current discovery cut-off is August 24, 2026. Because this request is being submitted after the expiration of the twenty-one (21)-day deadline, the Parties specifically set forth below the circumstances establishing good cause for the requested extension.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

## I.
## DISCOVERY COMPLETED TO DATE

- The Parties conducted the Fed. R. Civ. P. 26(f) conference and exchanged the disclosures required by Rule 26(a).
- Defendants served Defendants' First Set of Interrogatories to Plaintiff Jenny Levinson on May 11, 2026;
- Defendants served Defendants' First Set of Requests for Production of Documents to Plaintiff Jenny Levinson on May 11, 2026;
- Plaintiff served her responses to Defendants' First Set of Interrogatories to Plaintiff Jenny Levinson on June 23, 2026.
- Plaintiff served her responses to Defendants' First Set of Requests for Production of Documents to Plaintiff Jenny Levinson on June 23, 2026.
- The Parties have coordinated and noticed multiple fact and corporate representative depositions, including the depositions identified below.

## II.
## DISCOVERY REMAINING TO BE COMPLETED

- The depositions of Plaintiffs Jenny Levinson and Robert Levinson, currently set for August 13, 2026.
- The Rule 30(b)(6) / PMK deposition of Farmers Property and Casualty Insurance Company, originally noticed for August 5, 2026 and currently being coordinated for August 19, 2026.
- The Rule 30(b)(6) / PMK deposition of Farmers Insurance Exchange, originally noticed for August 6, 2026 and currently being coordinated for August 19, 2026.

- The deposition of former Farmers employee Jazmine Davis, originally set for August 7, 2026. Because Ms.Davis is no longer employed by Farmers, additional time is needed to locate her, confirm her availability, and, if necessary, effectuate appropriate process for her deposition.
- Any reasonable follow-up discovery made necessary by the foregoing depositions, including supplementation required by the Federal Rules.

## III.
## GOOD CAUSE FOR THE REQUESTED EXTENSION

Good cause exists to modify the scheduling order because the Parties have diligently pursued discovery, but several material depositions cannot reasonably be completed within the existing schedule due to circumstances that developed despite that diligence. The outstanding depositions are not newly conceived discovery. They were noticed and scheduled in advance of the discovery cut-off, and the Parties have been actively working to complete them.

Plaintiffs noticed the PMK depositions of Farmers Property and Casualty Insurance Company and Farmers Insurance Exchange for August 5 and August 6, 2026, respectively. The Parties are presently coordinating the continued dates for those corporate representative depositions and are working toward August 19, 2026. The need to adjust those dates resulted from the practical availability of counsel and the corporate representatives, not from any lack of diligence by either side.

Counsel's schedules have also materially affected the available dates during the final portion of the discovery period. Defendants' counsel has been engaged in trial, while Plaintiffs' counsel has been required to travel out of state in connection with other matters. Those professional obligations have substantially limited the dates on which counsel, witnesses, and corporate representatives are simultaneously available. Nevertheless, the Parties have continued to meet and confer and have secured or are working to secure dates within the narrow window immediately preceding the current cut-off.



BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

In addition, Jazmine Davis was originally scheduled for deposition on August 7, 2026, but the Parties learned that she is no longer employed by Farmers. Her status as a former employee creates an additional logistical issue that was not within the Parties' control: she must now be located independently, her availability confirmed, and appropriate arrangements made for her attendance. The Parties require a modest extension so that this relevant witness can be located and her deposition can proceed in an orderly manner rather than forcing the Parties to abandon material discovery because of a circumstance discovered near the close of discovery.

The requested extension is therefore tied to specific, already-identified discovery and is not sought for purposes of delay. It will allow the Parties to complete the depositions they have been diligently attempting to schedule, avoid unnecessary motion practice concerning deposition timing and attendance, and preserve a fair opportunity for both sides to complete discovery before dispositive motions are due. The Parties respectfully submit that these combined circumstances establish good cause under LR 26-3.

## IV.

## PROPOSED SCHEDULE

Accordingly, the Parties stipulate and request that the remaining deadlines be extended as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cut-Off | August 24, 2026 | October 8, 2026 |
| Dipsotive Motions | September 23, 2026 | November 6, 2026 |
| Joint Pre-Trial Order | October 23, 2026 | December 7, 2026 |

* If dispositive motions are timely filed, the deadline for the Joint Pre-Trial Order shall be suspended until thirty (30) days after decision on the dispositive motions or until further order of the Court.

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

This is the Parties' first request to extend the discovery deadlines. The request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED: August 11, 2026

BOWEN LAW OFFICES
By: Jerome R. Bowen, Esq.
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Attorneys for Plaintiffs

THE FELDMAN FIRM
By: David J. Feldman, Esq.
DAVID J. FELDMAN, ESQ.
Nevada Bar No. 5947
JOHN C. DORAME, ESQ.
Nevada Bar No. 10029
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: _August 12, 2026_______