JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 ✦ Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JENNY LEVINSON and ROBERT LEVINSON,<br><br>Plaintiffs,<br>vs.<br><br>FARMERS INSURANCE EXCHANGE, a foreign corporation; FARMERS PROPERTY & CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I-X inclusive; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants, | Case No. 2:26-cv-00493–GMN-EJY |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES- SECOND REQUEST**

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Jenny Levinson and Robert Levinson (collectively, "Plaintiffs") and Defendants Farmers Insurance Exchange and Farmers Property and Casualty Insurance Company (collectively, "Defendants"), by and through their respective counsel of record, that the remaining discovery deadlines be extended as set forth below.

This is the **Parties' second request** to extend the discovery deadlines. This request is made pursuant to LR IA 6-1 and LR 26-3 and is supported by good cause and/or excusable neglect. The current discovery cut-off is October 8, 2026. Because this request is being submitted less than

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

twenty-one (21) days before the current discovery cut-off, the Parties specifically set forth below the circumstances establishing good cause and excusable neglect for the requested extension.

## I.
## SUBSTANTIVE DISCOVERY COMPLETED TO DATE

- The Parties conducted the Fed. R. Civ. P. 26(f) conference and exchanged the disclosures required by Rule 26(a).
- Defendants served Defendants' First Set of Interrogatories to Plaintiff Jenny Levinson on May 11, 2026;
- Defendants served Defendants' First Set of Requests for Production of Documents to Plaintiff Jenny Levinson on May 11, 2026;
- Plaintiff served her responses to Defendants' First Set of Interrogatories to Plaintiff Jenny Levinson on June 23, 2026.
- Plaintiff served her responses to Defendants' First Set of Requests for Production of Documents to Plaintiff Jenny Levinson on June 23, 2026.
- On August 13, 2026, the depositions of Plaintiffs Jenny Levinson and Robert Levinson was taken.
- Plaintiff Jenny Levinson served Plaintiff Jenny Levinson's First Set of Interrogatories to Defendants Farmers Insurance Exchange and Farmers Property & Casualty Insurance Company on September 11, 2026.
- Plaintiff Robert Levinson served Plaintiff Robert Levinson's First Set of Interrogatories to Defendants Farmers Insurance Exchange and Farmers Property & Casualty Insurance Company on September 11, 2026.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

- Plaintiffs' served Plaintiffs' Request for Production of Documents to Defendants Farmers Insurance Exchange and Farmers Property & Casualty Insurance Company on September 11, 2026.
- On September 21, 2026, the Rule 30(b)(6) / PMK deposition of Farmers Property and Casualty Insurance Company was taken.
- On September 21, 2026, the Rule 30(b)(6) / PMK deposition of Farmers Insurance Exchange was taken.
- Defendant Farmers Insurance Exchange's Responses to Plaintiff Robert Levinson's Interrogatories on October 2, 2026.
- Defendant Farmers Insurance Exchange's Responses to Plaintiff Jenny Levinson's Interrogatories on October 2, 2026.
- Defendants' Responses to Plaintiffs' Request for Production of Documents on October 2, 2026.

## II.
## ESSENTIAL DISCOVERY REMAINING TO BE COMPLETED

- The deposition of former Farmers employee Jazmine Davis. Ms. Davis was originally scheduled for deposition on August 7, 2026. As previously disclosed to the Court in the Parties' First Request, the Parties learned that Ms. Davis is no longer employed by Farmers. Because she is no longer a Farmers employee, she cannot simply be produced by Farmers for deposition. Additional efforts have therefore been necessary to independently locate Ms. Davis so that she may be properly contacted and, if necessary, served with appropriate process requiring her attendance at deposition.
- Any reasonable follow-up discovery made necessary by the foregoing depositions, including supplementation required by the Federal Rules.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

## III.
## GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

Good cause and excusable neglect exist for the requested extension. The Parties have diligently pursued discovery and have completed substantial discovery during the period provided by the Court's prior extension. In particular, the depositions of Plaintiffs Jenny Levinson and Robert Levinson were completed on August 13, 2026, and the Rule 30(b)(6) / PMK deposition of Farmers Property and Casualty Insurance Company was completed on September 21, 2026. In addition, Plaintiffs' counsel has had family illness circumstances that have caused said counsel to be away more than expected.

Accordingly, this Second Request is not being made because the Parties failed to utilize the additional discovery period previously provided by the Court. To the contrary, the Parties have continued to actively prosecute discovery and have completed significant depositions and other discovery during the extended period. However, additional discovery remains necessary to permit the Parties to fully develop the factual record and prepare this matter for dispositive motions and trial.

One significant outstanding discovery issue concerns the deposition of Jazmine Davis. Ms. Davis was the Farmers field adjuster who directly handled Plaintiffs' insurance claim and is therefore a material fact witness concerning the investigation, handling, evaluation, and disposition of the claim at issue in this litigation. Her deposition is not newly conceived discovery. Ms. Davis's deposition was originally scheduled for August 7, 2026, and the need to depose her was specifically identified in the Parties' First Request to Extend Discovery Deadlines. Indeed, the Parties previously advised the Court that Ms. Davis was no longer employed by Farmers and that additional time would be necessary to locate her and make appropriate arrangements for her attendance.

Because Ms. Davis is no longer employed by Farmers, securing her deposition has presented logistical difficulties outside the ordinary process by which a party may produce its current employees for deposition. Additional time has been necessary to locate Ms. Davis, confirm her availability, and determine the appropriate means of securing her attendance.

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797

In addition to Ms. Davis's deposition, the Parties require additional time to complete other remaining discovery and any reasonable follow-up discovery arising from the depositions and discovery already completed. The testimony obtained through the recent depositions may require further investigation, supplementation, or additional discovery necessary to fully develop the Parties' respective claims and defenses. The requested extension will allow Plaintiffs' counsel to further timely address family illness issues and  the Parties a reasonable opportunity to complete that discovery without unnecessarily restricting the scope of permissible discovery to matters that could have been anticipated before the recently completed depositions.

The Parties recognize that this request is being submitted less than twenty-one (21) days before the current discovery cut-off. The timing of this request is not the result of inadvertence or a lack of diligence. Rather, the Parties continued their efforts to complete discovery within the existing schedule and reasonably attempted to avoid seeking an additional extension. As the October 8, 2026 discovery deadline approached, however, it became apparent that the remaining discovery, including the efforts necessary to secure Ms. Davis's deposition, could not reasonably be completed within the existing schedule.

The requested extension is therefore not an attempt to reopen discovery generally or to pursue discovery that could have been completed earlier with reasonable diligence. The requested extension is made in good faith, is not sought for purposes of delay, and will permit the Parties to complete material discovery necessary to the fair adjudication of this action and handle personal, family illness issue. Under these circumstances, the Parties respectfully submit that good cause and excusable neglect exist to extend the remaining discovery deadlines.

**IV.**

**PROPOSED SCHEDULE**

Accordingly, the Parties stipulate and request that the remaining deadlines be extended as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Discovery Cut-Off | October 8, 2026 | December 7, 2026 |
| Dispositive Motions | November 6, 2026 | January 5, 2027 |
| Joint Pre-Trial Order | December 7, 2026 | February 5, 2027 |

* If dispositive motions are timely filed, the deadline for the Joint Pre-Trial Order shall be suspended until thirty (30) days after decision on the dispositive motions or until further order of the Court.

This is the Parties' second request to extend the discovery deadlines. The request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED: October 8, 2026

BOWEN LAW OFFICES
By: Jerome R. Bowen, Esq.
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Attorneys for Plaintiffs

THE FELDMAN FIRM
By: David J. Feldman, Esq.
DAVID J. FELDMAN, ESQ.
Nevada Bar No. 5947
JOHN C. DORAME, ESQ.
Nevada Bar No. 10029
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 10/8/2026

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191 FAX: 702-240-5797